# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0348

_____

GARY SCOTT SELWAY,

  Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

  Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

January 30, 2026

PER CURIAM.

  AFFIRMED.

RAY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gary S. Selway, pro se, Appellant.

Rana M. Wallace, General Counsel, and Alex A. Christiano, Senior Attorney, Florida Commission on Offender Review, Tallahassee, for Appellee.